# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Peter G. Sheridan, U.S.D.J. |
| v. | Crim. No. 11-232 |
| RIGOT JOSEPH | ORDER FOR CONTINUANCE |

This matter having been opened to the Court by Paul J. Fishman, United States Attorney for the District of New Jersey (Kathleen P. O'Leary, Assistant United States Attorney, appearing) and Rigot Joseph (Lorraine Gauli-Rufo, AFPD, counsel for the defendant, appearing), for an order granting a continuance of the proceedings in the above-captioned matter to allow the defendant and the Office of the United States Attorney for the District of New Jersey to conduct plea negotiations and prepare for trial, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court, pursuant to Title 18 of the United States Code, Section 3161(c)(1); and the defendant having consented to the continuance in the above-captioned matter; and it appearing that the defendant waives such right; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations currently are in progress, and the United States and the defendant desire additional time to negotiate a plea agreement, which would thereby render trial of this matter unnecessary.

2. In light of the extensive pretrial discovery to be reviewed by the parties, failure to grant a continuance would deny counsel for the defendant and the Government reasonable time for effective preparation of this case, taking into account the exercise of due diligence.

3. The defendant has consented to the aforementioned continuance.

4. The grant of a continuance will likely conserve judicial resources.

5. Pursuant to Title 18 of the United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, IT IS on this 23 day of May, 2011

ORDERED that the proceedings in the above-captioned matter are continued from May 19, 2011 through July 28, 2011; and

IT IS FURTHER ORDERED that the period between and including May 19, 2011 through July 28, 2011 shall be excludable in computing time under the Speedy Trial Act of 1974.

IT IS FURTHER ORDERED that the defendant's motions are due on June 25, 2011.

IT IS FURTHER ORDERED that the Government's response is due on July 10, 2011.

IT IS FURTHER ORDERED that motions hearings will take place on July 20, 2011.

IT IS FURTHER ORDERED that trial in this matter will begin on July 28, 2011.

IT IS FURTHER ORDERED that the remaining provisions of the Order for Discovery and Inspection, dated May 4, 2011, shall remain in full force and effect.

_____
HON. PETER G. SHERIDAN
United States District Judge

_____
Lorraine-Gauli Rufo, AFPD
Counsel for defendant Joseph

_____
Kathleen P. O'Leary
Assistant U.S. Attorney